[No. 33779-1-III.   Division Three.   October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN ALFREDO SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-00269-1, David A. Elofson, J., entered August 24, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[Nos. 32841-4-III; 34425-8-III.   Division Three.   October 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCO ANTONIO GALLEGOS, *Appellant*.

*In the Matter of the Personal Restraint of* MARCO ANTONIO GALLEGOS, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00195-6, David A. Elofson, J., entered October 7, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[Nos. 33344-2-III; 33345-1-III.   Division Three.   October 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CURTIS COLLEY, *Appellant*.

Appeals from a judgment of the Superior Court for Franklin County, No. 14-1-50004-1, Alex Ekstrom, J., entered May 19, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.